(October 15, 1957)

■ In the Matter of 115–119 East 90 St. Corp., Appellant, against Robert C. Weaver, as State Rent Administrator, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Brietel, Rabin and Valente, JJ. [See 3 A D 2d 1008.]

■ In the Matter of LeRoy Mandle, Respondent, against Peter Campbell Brown, as Corporation Counsel of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See ante, p. 283.]

■ In the Matter of Leroy Mandle, Respondent, against Peter Campbell Brown, as Corporation Counsel of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See ante, p. 283.]

■ Dave Herstein Co., Inc., Appellant, v. Columbia Pictures Corp., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See 3 A D 2d 907, 1005.]

■ Annabelle C. Bochory, Individually and as Executrix of Marcel F. De Muller, Deceased, Appellant, v. Pan American World Airways, Inc., Respondent, et al., Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 3 A D 2d 1009.]

■ Abraham Cohen, Appellant, v. Lillian N. Burg et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 3 A D 2d 1000.]

■ In the Matter of Erma Clardy, Appellant, against Robert W. Wagner, as Mayor of the City of New York, et al., Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals, and for stay, denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin and Valente, JJ. [See 3 A D 2d 1008.]

■ Adrian B. Lopez, Respondent, v. Annabelle Lopez, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Frank, Valente and McNally, JJ. [See 3 A D 2d 1001.]

■ In the Matter of the Application of Harry Bausher, Respondent. Woodlawn Cemetery, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Frank, Valente and McNally, JJ. [See 3 A D 2d 1001.]

■ Fay A. Lewis, Respondent, v. Joseph Lewis, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 3 A D 2d 1001.]

■ In the Matter of the Accounting of Albert Arenson, as Executor of Victoria Arenson, Deceased, Respondent. Genevieve Price et al., Appellants; Society of the New York Hospital et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin and Valente, JJ. [See 3 A D 2d 1008.]